UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

| IN RE:<br><br>Mario A. Gordon,<br><br>Debtor. | Case No. 18-30609-EDK<br>Chapter 13 |
|---|---|

## OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

Now Comes Federal National Mortgage Association and files its objection to the Debtor's Chapter 13 Plan. In support of its objection, Federal National Mortgage Association states as follows:

1. Federal National Mortgage Association is the holder of the first mortgage on the debtor's property located 26 Shady Brook Ln, Springfield, MA.

2. The mortgage to Federal National Mortgage Association is in default with a pre-petition arrearage of $21,228.87 and an unpaid principal balance of $127,371.57. By the filing of its objection, Federal National Mortgage Association sets forth its demand for payment and intent to hold the debtor liable for the debt. The Proof of Claim was filed on September 7, 2018. *See Claim No. 4*.

3. The debtor's Chapter 13 Plan provides for the payment of $18,532.68 in pre-petition arrears to Federal National Mortgage Association.

4. Thus, the debtor's plan fails to provide for the payment of Federal National Mortgage Association's entire pre-petition arrearage.

WHEREFORE, Federal National Mortgage Association respectfully requests that the Court deny confirmation of the debtor's Chapter 13 Plan or for such other relief as the Court deems just and proper.

Respectfully submitted,

Federal National Mortgage Association,
By its Attorney

/s/Joshua Ryan-Polczinski
Joshua Ryan-Polczinski
BBO#  678007
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: 10/01/2018



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

| | |
|---|---|
| IN RE:<br><br>Mario A. Gordon,<br><br>Debtor. | Case No. 18-30609-EDK<br>Chapter 13 |

CERTIFICATE OF SERVICE

I, Joshua Ryan-Polczinski, state that on October 1, 2018, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of District of Massachusetts on behalf of Federal National Mortgage Association using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Carrie Naatz

Denise M. Pappalardo

Richard T. King

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Lelia Grant
26 Shady Brook Ln
Springfield, MA 01118

Mario A. Gordon
26 Shady Brook Ln
Springfield, MA 01118

Respectfully submitted,

Federal National Mortgage Association,
By its Attorney

/s/Joshua Ryan-Polczinski
Joshua Ryan-Polczinski
BBO#  678007

Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: 10/01/2018