12/03/2018 GRANTED; THE HEARING OF 12/05/18 IS CONTINUED TO 01/16/19 AT 11:00AM IN SPRINGFIELD.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

| | |
|---|---|
| IN RE:<br><br>Mario A. Gordon,<br><br>Debtor | Case No. 18-30609-EDK<br>Chapter 13 |

**ASSENTED TO MOTION TO CONTINUE HEARING ON
OBJECTION TO CONFIRMATION**

Now comes Federal National Mortgage Association and moves that the hearing on its Objection to Confirmation of the Debtor's Chapter 13 plan, which is presently scheduled for December 5, 2018, be continued for approximately thirty (30) days. In support of its motion, Federal National Mortgage Association states as follows:

1. The parties are discussing this matter in the hopes of resolving or narrowing the present dispute.

2. Debtor's counsel assents to the allowance of this motion.

WHEREFORE, Federal National Mortgage Association respectfully requests that the hearing on its Objection to Confirmation of the Debtor's Chapter 13 plan, which is presently scheduled for December 5, 2018, be continued for approximately thirty (30) days

    Respectfully submitted,

    Federal National Mortgage Association,
    By its attorney,

    /s/ Jason J. Giguere
    Jason J. Giguere, Esquire
    BBO# 667662
    Harmon Law Offices, P.C.
    PO Box 610389
    Newton Highlands, MA 02461
    (617)558-0500
    mabk@harmonlaw.com

Dated: December 3, 2018

