B 2100A (Form 2100A) (12/15)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

| | |
|---|---|
| IN RE:<br><br>Mario A. Gordon,<br>Debtor | Case No. 18-30609-EDK<br>Chapter 13 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association as Trustee
of Chalet Series III Trust
Name of Transferee

Federal National Mortgage Association
c/o Seterus, Inc.
Name of Transferor

Name and Address where notices to transferee
should be sent:

c/o SN Servicing Corporation
323 5th Street
Eureka, CA 95501

Court Claim # (if known): 4-1
Amount of Claim: $146,132.10
Date Claim Filed: 9/7/2018

Phone:   (800)603-0836
Last Four Digits of Acct. #: 9078

Phones: _____
Last Four Digits of Acct. #: 9750

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jason J. Giguere_____
        Transferee/Transferee's Agent

Date:  January 24, 2019_____

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (SPRINGFIELD)**

IN RE:

Mario A. Gordon,
Debtor

Case No. 18-30609-EDK
Chapter 13

**CERTIFICATE OF SERVICE**

       I, Jason J. Giguere, state that on  January 24, 2019, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of District of Massachusetts on behalf of U.S. Bank Trust National Association as Trustee of Chalet Series III Trust using the CM/ECF System.  I served the foregoing document on the following CM/ECF participants:

Carrie Naatz
Denise M. Pappalardo
Richard T. King

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Lelia Grant
26 Shady Brook Ln
Springfield, MA 01118

Mario A. Gordon
26 Shady Brook Ln
Springfield, MA 01118

Respectfully submitted,

U.S. Bank Trust National Association as Trustee of Chalet Series III Trust,
By its attorney,

/s/ Jason J. Giguere
Jason J. Giguere, Esquire
BBO#  667662
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: January 24, 2019