## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

| | |
|---|---|
| IN RE:<br>Mario A. Gordon,<br>Debtor | Case No. 18-30609-EDK<br>Chapter 13 |

### STIPULATION REGARDING U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CHALET SERIES III TRUST'S OBJECTION TO CONFIRMATION OF PLAN (DOCKET NO. 33)

Now comes U.S. Bank Trust National Association as Trustee of Chalet Series III Trust (hereafter, "U.S. Bank") and Mario A. Gordon ("Debtor"), who state as follows:

1. U.S. Bank is the holder of a first mortgage on the Debtor's property located at 26 Shady Brook Lane, Springfield, MA (the "Property").

2. On October 1, 2018, U.S. Bank[1] filed its Objection to the confirmation of the Debtor's Plan [Docket No. 33] (the "Objection"). On October 15, 2018, the Debtor filed his response to the Objection. *Docket No. 34*.

3. Thereafter, U.S. Bank and the Debtor (collectively, the "Parties") engaged in discussions, through counsel, regarding the Objection and the figures contained in the underlying Proof of Claim [Claim No. 4] (the "Claim").

WHEREFORE, the Parties stipulate and agree as follows:

4. The Parties agree that, effective with the October 1, 2017 payment private mortgage insurance ("PMI") was removed from the mortgage loan. As such, the U.S. Bank has agreed to reduce the amount of its pre-petition arrearage, as outlined in the Claim by $827.92. Further, the parties agree that the Escrow Shortage amount, as listed in the Claim should be reduced by $165.57. Therefore, the resulting pre-petition arrearage shall be $20,235.40 ("Resulting Arrearage").

5. Additionally, U.S. Bank has removed the PMI from the August 1, 2018 through December 1, 2018 mortgage payments. The resulting post-petition payment amounts shall be as follows:

| Payment | Payment Amount |
|---|---|
| 8/1/2018 | $786.94 |
| 9/1/2018 | $786.94 |
| 10/1/2018 | $797.30 |
| 11/1/2018 | $797.30 |

---

[1] The objection was originally filed by Federal National Mortgage Association which then held the secured claim at issue. The claim was subsequently transferred to U.S. Bank. *See Transfer of Claim at Docket No. 46.*

| 12/1/2018 | $797.30 |

6. Upon request of the Debtor, U.S. Bank shall provide the Debtor's counsel with a revised post-petition payment history, which shall show application of post-petition payments in accordance with figures contained in the preceding paragraph.

7. Within thirty days of the approval of this agreement, the Debtor shall either:

   a) file a further an amended Chapter 13 Plan which provides for the payment of the Resulting Arrearage through the chapter 13 plan, while maintaining ongoing post-petition payments to U.S. Bank (outside of the plan), or

   b) file a plan modification for the current iteration of the plan, which shall provides for the payment of the Resulting Arrearage through the chapter 13 plan.

8. The Parties agree that, if this stipulation is approved by this Court, U.S. Bank's distribution from the Chapter 13 Trustee, with respect to its pre-petition arrearage, shall be equal to the amount of the Resulting Arrearage. Moreover, it is agreed that U.S. Bank shall not be required (unless the Court expressly directs otherwise) to file an amended proof of claim due to the terms of this agreement.

9. The terms of this stipulation shall be null and void if the case is converted or dismissed.

Agreed to on this 13th day of March, 2019

| U.S. Bank Trust National Association as Trustee of Chalet Series III Trust, By its attorney, | Mario A. Gordon, By his attorney, |
|---|---|
| /s/ Jason J. Giguere | /s/ Carrie Naatz |
| Jason J Giguere, Esquire | Carrie Naatz, Esquire |
| BBO# 667662 | BBO# 651728 |
| HARMON LAW OFFICES, P.C. | Naatz Law Office |
| P.O. Box 610389 | 1111 Elm St. |
| Newton Highlands, MA 02461-0389 | Suite 28 |
| 617-558-0500 | West Springfield, MA 01089 |
| 617-243-4049 (fax) | 413-336-8300 |
| jgiguere@harmonlaw.com | Fax : 413-424-3292 |
| | Email: NaatzLaw@comcast.net |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

| | |
|---|---|
| IN RE:<br>Mario A. Gordon,<br>Debtor | Case No. 18-30609-EDK<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, Jason J. Giguere, state that on March 13, 2019, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of District of Massachusetts on behalf of U.S. Bank Trust National Association as Trustee of Chalet Series III Trust using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Carrie Naatz
Denise M. Pappalardo
Richard T. King

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Lelia Grant
26 Shady Brook Ln
Springfield, MA 01118

Mario A. Gordon
26 Shady Brook Ln
Springfield, MA 01118

    Respectfully submitted,

    U.S. Bank Trust National Association as Trustee of Chalet Series III Trust,
    By its attorney,

    /s/ Jason J. Giguere
    Jason J. Giguere, Esquire
    BBO#  667662
    Harmon Law Offices, P.C.
    PO Box 610389
    Newton Highlands, MA 02461
    (617)558-0500
    mabk@harmonlaw.com

Dated: March 13, 2019