# UNITED STATES BANKRUPTCY COURT
## District of Massachusetts
## Western Division

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-30609 |
| | ) | Chapter 13 |
| **Mario A. Gordon,** | ) | |
|       Debtor | ) | |

## DEBTORS' MOTION FOR DETERMINATION
## WHETHER PAYMENT CHANGE IS REQUIRED

NOW COMES the Debtor, Mario A. Gordon, by counsel, and objects pursuant to Fed. R. Bankr. P. 3002.1 and 9014 to obtain an order determining whether a change in mortgage payment is required to maintain payments in accordance with 11 U.S.C. § 1322(b)(5). In support of this motion the debtor states as follows:

1. Debtor(s), Mario A. Gordon, commenced this case on July 29, 2018 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The plan is unconfirmed.

3. Creditor U.S. Bank Trust National Association as Trustee of Chalet Series III Trust (hereinafter "U.S. Bank") filed Proof of Claim Number Four (4) on September 7, 2018 and an Objection to Debtor's Plan on October 1, 2018 (ECF# 33) for failing to provide for pre-petition arrearage.

4. On October 15, 2018 Debtor filed a Response that Proof of Claim and Attachments included incorrect escrow charges.

5. On March 13, 2019 an assented to Stipulation was filed correcting the escrow payment by reducing the escrow payment by $165.57, resulting in a corrected payment amount of $797.30.  A reduction in the arrears was also agreed upon by $827.92 due to over charging on the escrow account.  An Order approving Stipulation was entered on April 2, 2019 (ECF # 62).

6. On May 10, 2019, U.S. Bank filed a Notice of Mortgage Payment Change indicating that the debtor's monthly mortgage payment was increasing from $797.30 to $869.00.  The debtors' annual insurance and property tax bills have not increased since the last annual escrow account adjustment.  The last escrow analysis was preformed on November 29, 2018.

7. U.S. Bank's escrow is based on 15 months instead of a 12 month escrow analysis.

8. The escrow provides for forced placed insurance beginning April 2019 even though insurance was paid in full for the year in September 2019.

9. There are disbursements in March and April 2019 listed as merely "Escrow Disbursement" without any designation as to the charges.

**WHEREFORE**, the Debtor request that this Court enter an Order determining that the payment change is not authorized by the mortgage agreement and applicable non-bankruptcy law to maintain post-petition payments in accordance with §1322(b)(5), attorney fees incurred and for such other and further relief as the Court may deem just and proper.

June 10, 2019                                    Respectfully submitted,
                                                 Carrie A. Naatz
                                                 /s/ Carrie A. Naatz
                                                 BBO 651728
                                                 1111 Elm St., #28
                                                 West Springfield, MA 01089
                                                 (413) 336-8300
                                                 (413) 424-3292 (facsimile)

CERTIFICATE OF SERVICE

I, Carrie A. Naatz, Esquire do hereby certify that on this 10th day of June, 2019, I served the motion below which was filed electronically with the United States Bankruptcy Court for the District of Massachusetts, Western Division on the following CM/ECF participants:

    Richard King, Esquire Assistant US Trustee
    Denise M. Pappalardo, Chapter 13 Trustee
    Richard T. Mulligan on behalf of Creditor Federal National Mortgage Association
    Joshua Ryan-Polczinski on behalf of Creditor Federal National Mortgage Association
    Jason Giguere on behalf of Creditor Federal National Mortgage Association
    Jason Giguere on behalf of Creditor U.S. Bank Trust National Association as Trustee of Chalet Series III Trust
    Keith McCarthy on behalf of Creditor Federal National Mortgage Association
    Richard T. Mulligan on behalf of Creditor U.S. Bank Trust National Association as Trustee of Chalet Series III Trust
    Joshua Ryan-Polczinski on behalf of Creditor Federal National Mortgage Association

I do hereby certify that I have mailed by first class mail, postage prepaid the document electronically filed with the Court on the following non CM/ECF participants

Mario A. Gordon
26 Shady Brook Ln
Springfield, MA 01118

L. Bryant Jaquez
Ghidotti Berger
1920 Old Tustin Ave.
Santa Ana, CA 92705

                                                /s/ Carrie A. Naatz
                                                Carrie A. Naatz
                                                Attorney for Plaintiff
                                                1111 Elm St., #28
                                                West Springfield, MA 01089
                                                BBO#: 651728
                                                Tele: (413) 336-8300